Decided October 27, 1998

## STATE OF CONNECTICUT *v.* BARRY THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 369 (AC 15740), is granted, limited to the following issue:

"Did the Appellate Court properly terminate its review of the defendant's *Batson* claim after concluding that some of the state's reasons for exercising its peremptory challenge against an African-American venireperson were legitimate?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16040.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Ellen A. Jawitz*, deputy assistant state's attorney, in opposition.

Decided November 3, 1998